**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| BRECK C. COLLINGSWORTH; CAMERON GENERAL CONTRACTORS, INC.; RESORT LIFESTYLE COMMUNITIES, INC.; COLLINGSWORTH MANAGEMENT LLC; THE BRECK AND TRACY COLLINGSWORTH FAMILY, LLC; and THE BRECK AND TRACY COLLINGSWORTH FAMILY II, LLC,<br><br>Plaintiffs,<br>v.<br><br>MATTHEW M. MAUDE, individually,<br><br>Defendant. | CASE NO. 4:26-cv-03324 |

**DISCLOSURE OF CORPORATE AFFILIATIONS,**
**FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP**

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Collingsworth Management LLC makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

☐ This party is an individual.

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations.

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

If yes, identify all corporations or entities and the nature of their interest:

X This party is a limited liability company or limited liability partnership.

If yes, identify each member of the entity and the member's state of citizenship:

Breck Collingsworth – Nebraska

Tracy Collingsworth - Nebraska

☐ This party is an unincorporated association or entity.

If yes, identify the members of the entity and their states of citizenship:

Additional information:

Dated: October 9, 2026

BRECK C. COLLINGSWORTH; CAMERON GENERAL CONTRACTORS, INC.; RESORT LIFESTYLE COMMUNITIES, INC.; COLLINGSWORTH MANAGEMENT LLC; THE BRECK AND TRACY COLLINGSWORTH FAMILY, LLC; and THE BRECK AND TRACY COLLINGSWORTH FAMILY II, LLC, Plaintiffs

By: */s/ Trevor J Lee*

Gregory C. Scaglione, #19368
Trevor J Lee, #27063
Hunter J. Belcastro, #28406
KOLEY JESSEN P.C., L.L.O.
One Pacific Place, Suite 800, 1125 South 103rd Street
Omaha, NE 68124-1079
(402) 390-9500; (402) 390-9005 (fax)
Greg.Scaglione@koleyjessen.com
Trevor.Lee@koleyjessen.com
Hunter.Belcastro@koleyjessen.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October 2026, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and caused it to be sent via electronic mail to counsel of record for Defendant Matthew M. Maude.

By: */s/ Trevor J Lee*
Trevor Lee