IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRECK C. COLLINGSWORTH, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW M. MAUDE, individually,<br><br>Defendant. | 4:26-CV-3324<br><br>RECUSAL ORDER |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. §§ 455(a) & (b), which set forth the circumstances in which a judge of the United States shall disqualify himself from a proceeding. This case could implicate the circumstances described in § 455(a), requiring my recusal.

IT IS ORDERED that I recuse myself from this case and that the Clerk shall refer this matter to the Chief Judge for reassignment.

Dated this 22nd day of October, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge