IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BRECK C. COLLINGSWORTH, CAMERON GENERAL CONTRACTORS, INC., RESORT LIFESTYLE COMMUNITIES, INC., COLLINGSWORTH MANAGEMENT LLC, THE BRECK AND TRACY COLLINGSWORTH FAMILY, LLC, and THE BRECK AND TRACY COLLINGSWORTH FAMILY II, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>MATTHEW M. MAUDE, individually;<br><br>Defendant. | **4:26CV3324**<br><br>**ORDER** |

This matter is before the Court on the Court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

Dated this 26th day of October, 2026.

BY THE COURT:

Susan M. Bazis
United States District Judge